# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **CAMILLE ANN ROUNDS,** **Defendant.** | CR 23-40-BLG-SPW **PRELIMINARY ORDER OF FORFEITURE** |

WHEREAS, in the indictment in the above case, the United States sought forfeiture of any property of the above-captioned person, pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d) as property used or intended to be used to facilitate the violations alleged in the indictment, or as proceeds of said violation;

And whereas, on May 18, 2023, the defendant entered a plea of guilty to counts 4 and 6 of the indictment, which charged her with possession of methamphetamine with intent to distribute and possession of a firearm in furtherance of a drug trafficking crime;

1

And whereas, the indictment contained a forfeiture allegation that stated that as a result of the offenses charged in the indictment, the defendant shall forfeit the following property:

- 2014 Maroon Toyota 4Runner VIN JTEBU5JR4E5202935;
- Smith and Wesson M&P Serial #: Obliterated;
- $2,093 in U.S. currency;
- Glock 19 GEN 5 Serial #:BFLS229; and
- Sport King .22 Serial #: G15744.

And whereas, by virtue of said guilty plea, the United States is now entitled to possession of the property, pursuant to 18 U.S.C. § 924(d), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

ACCORDINGLY, IT IS ORDERED:

1. That based upon the plea of guilty by the defendant to the indictment, the United States is authorized and ordered to seize the property described above. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

2. That the aforementioned forfeited property is to be held by the United States, particularly the United States Marshals Service, and/or its designated sub custodian, in its secure custody and control.

3. That the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

4. That upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 12th day of June, 2023.

SUSAN P. WATTERS
United States District Court Judge